Petition for Writ of Mandamus Denied and Memorandum Opinion filed April
9, 2009








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed April 9, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00287-CV

____________

 

IN RE JEFF RODARTE, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On March
31, 2009, relator, Jeff Rodarte, filed a petition for writ of mandamus in this
court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52. 
In the petition, relator requests that we compel the Honorable Meca Walker,
Associate Judge of the 309th District Court of Harris County, to vacate the
March 20, 2009 temporary orders.

Relator
has not established his entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relator=s petition for writ of mandamus.  

 

PER CURIAM

 

Panel consists of Justices Frost,
Brown, and Boyce.